IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JASON JORDAN,

                                                    ORDER
                           Petitioner,

                                              12-cv-170-bbc
            v.

BYRAN BARTOW, Director,
Wisconsin Resource Center,

                    Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        In an order entered on June 14, 2012, I reviewed petitioner Jason Jordan's habeas

petition under Rule 4 of the Rules Governing Section 2254 Cases.  Because petitioner had

failed to provide sufficient facts showing that his detention is illegal and that he exhausted

his state court remedies, I allowed him until June 28, 2012 in which to file an amended

petition for writ of habeas corpus.  Petitioner was informed that if he failed to respond to

the June 14 order, I would dismiss his petition for failure to show that he is in custody in

violation of the laws of the United States.

        It is now July 13, 2012 and plaintiff has not responded to the June 14 order.

Accordingly, his petition will be dismissed.

ORDER

IT IS ORDERED that petitioner Jason Jordan's case is DISMISSED for his failure to show that he is in custody in violation of the laws of the United States.  The clerk is directed to enter judgment in favor of respondent and close this case.

Entered this 16th day of July, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge