IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JASON K. JORDAN,

    Petitioner,

v.

BYRAN BARTOW, Director,
Wisconsin Resource Center,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-170-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for petitioner Jason K. Jordan's failure to show that he is in custody in violation of the laws of the United States.

| | |
|---|---|
| _/s/ Peter Oppeneer_ | 7/18/12 |
| Peter Oppeneer, Clerk of Court | Date |